UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEMBERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-03647-JSC<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING DATE AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 11, &, 12 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT this case has been reassigned to Judge Corley for all-purposes. The hearing on the Defendants' Motion to Compel Arbitration and Motion to Dismiss is rescheduled to **August 28, 2025**, **at 10:00 a.m.**, before Judge Jacqueline Scott Corley in Courtroom 8, 19th Floor in San Francisco. Pursuant to L.R. 7-7(d), the briefing schedule will remain the same. The initial case management conference is rescheduled to **September 17, 2025** at **2:00 p.m.. by Zoom videoconference** (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619). Any party requesting a continuance shall submit a stipulation and proposed order. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: June 11, 2025

Mark B. Busby
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY