Stephanie Sheridan (CA 135910)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com

Attorney for Defendants RESTAURANT BRANDS INTERNATIONAL INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PEMBERTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC,<br><br>Defendants. | Case No. 3:25-cv-03647-JSC<br><br>**DEFENDANTS'AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION, AND IN THE ALTERNATIVE, FOR LIMITED DISCOVERY PRIOR TO RESOLVING THE MOTION TO COMPEL**<br><br>Date: September 4, 2025<br>Time: 10:00 a.m.<br>Location: San Francisco Courthouse, Courtroom 8<br><br>Complaint Filed: April 25, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 4, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Judge Jacqueline Scott Corley, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 8, 19th Floor, Defendants Restaurant Brands International Inc. and Restaurant Brands International US Services LLC (collectively "RBI") will and hereby do move the Court for an order to compel arbitration, or in the alternative, for limited discovery resolving the motion to compel arbitration.

Defendant seeks to compel arbitration because:

1) Plaintiff has already initiated arbitration proceedings, and the arbitration has been stayed solely pending a determination by this Court of whether an enforceable arbitration agreement was formed;
2) By invoking the arbitration agreement to initiate arbitration, Plaintiff consented to arbitration under the agreement;
3) The Court has the authority to decide whether there is an agreement to arbitrate, and this issue cannot be delegated to an arbitrator; and
4) Plaintiff knowingly exploited the arbitration agreement by seeking to enforce the terms of the agreement when he chose to initiate arbitration and is therefore estopped from denying the existence of an agreement to arbitrate.

Thus, this motion to compel arbitration should be granted, or in the alternative, the Court should permit discovery limited to the formation an agreement to arbitrate.

This Motion is based on this Notice; the Memorandum of Points and Authorities; the Declaration of Stephanie Sheridan; the Request for Judicial Notice and other matters of which the Court takes judicial notice; the records and files in this case; and such other written or oral argument as may be presented at or before the time the Court takes this Motion under submission.

///

///

///

Dated: June 27, 2025

Respectfully submitted,

*s/ Stephanie Sheridan*
STEPHANIE SHERIDAN (CA 135910)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorney for Defendants RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC