Stephanie Sheridan (CA 135910)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
ssheridan@beneschlaw.com

Attorney for Defendants RESTAURANT BRANDS INTERNATIONAL INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEMBERTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC,<br><br>Defendants. | Case No. 3:25-cv-03647-JSC<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS**<br><br>Date:         September 4, 2025<br>Time:         10:00 a.m.<br>Location:    San Francisco Courthouse, Courtroom 8<br><br>Complaint Filed:   April 25, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 4, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Judge Jacqueline Scott Corley, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 8, 19th Floor, Defendants, Restaurant Brands International Inc. and Restaurant Brands International US Services LLC (collectively "RBI"), will and hereby do move the Court for an order dismissing with prejudice the Class Action Complaint filed by Plaintiff Daniel Pemberton ("Plaintiff"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), because:

1) Plaintiff fails to allege that he suffered any cognizable harm and therefore lacks standing to sue;
2) Counts III and IV are barred by the statute of limitations;
3) Plaintiff fails to allege a breach of privacy sufficient to sustain Count I and Count II;
4) Count III fails because Plaintiff does not plausibly allege intentional or willful conduct and does not plausibly allege that the contents of any communications were intercepted;
5) Count IV fails because the allegations are not within the scope of Cal. Penal Code § 638.51.
6) Count V fails because Plaintiff does not allege sufficient facts and has suffered no harm;
7) Count VI fails because Plaintiff has not met the standards for an affirmative fraud-based claim;
8) Count VII fails as neither intentional interference nor cognizable trespass are alleged.

Thus, this motion should be granted with prejudice.

This Motion is based on this Notice; the Memorandum of Points and Authorities; the records and files in this case; other matters of which the Court takes judicial notice; and such other written or oral argument as may be presented at or before the time the Court takes this Motion under submission.

///
///
///
///
///
///

Dated: June 27, 2025

Respectfully submitted,

<u>*s/ Stephanie Sheridan*</u>
STEPHANIE SHERIDAN (CA 135910)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorney for Defendants RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC