**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PEMBERTON, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC,<br><br>Defendants. | Case No. 3:25-cv-03647-JCS<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF 26), Plaintiff respectfully submits for the Court's review a recent decision from the Northern District of California, which is relevant to Plaintiff's Opposition and was published after the Opposition was filed with the Court: *Gabrielli v. Motorola Mobility LLC*, No. 24-cv-09533-JST (N.D. Cal. July 14, 2025). A copy of that decision is attached hereto as Exhibit A.

Dated: July 22, 2025

**GUTRIDE SAFIER LLP**

*/s/ Hayley Reynolds*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*