Stephanie Sheridan (CA 135910)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com

David Krueger (admitted pro hac vice)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
dkrueger@beneschlaw.com

Attorneys for Defendants
RESTAURANT BRANDS INTERNATIONAL INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PEMBERTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC,<br><br>Defendants. | Case No. 3:25-cv-03647-JSC<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS** |

Pursuant to Local Rule 7.3(d)(2), and in Support of Defendants' Motion to Dismiss (ECF No. 26), Defendants respectfully submit for the Court's review two recent decisions: one from the Northern District of California and the other from the Ninth Circuit. *Ramos v. Gap, Inc.*, No. 23-CV-04715-HSG, 2025 WL 2144837 (N.D. Cal. July 29, 2025); *Popa v. Microsoft Corp.*, No. 24-14, 2025 WL 2448824 (9th Cir. Aug. 26, 2025). Copies of the decisions are attached hereto as Exhibit A and Exhibit B, respectively.

Dated: September 3, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*s/ Stephanie Sheridan*
Stephanie Sheridan (CA 135910)
ssheridan@beneschlaw.com
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828

David Krueger (admitted pro hac vice)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
dkrueger@beneschlaw.com

Attorneys for Defendants

RESTAURANT BRANDS INTERNATIONAL INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC