**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PEMBERTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC. and RESTAURANT BRANDS INTERNATIONAL US SERVICES LLC,<br><br>Defendants. | Case No. 3:25-cv-03647-JCS<br><br>**DECLARATION OF DAVID M. KRUEGER** |

DAVID M. KRUEGER, being duly sworn, deposes and says:

1. I am a licensed attorney in good standing with the State of Ohio and have been practicing since 2009. I have personal knowledge of all facts contained in this Declaration, and if called upon to testify, I could and would testify competently as to the truth of the facts contained herein.

2. I am a partner with Benesch, Friedlander, Coplan & Aronoff LLP, and represented Defendants Restaurant Brands International, Inc. and Restaurant Brands International US Services LLC (collectively "**RBI**") in the arbitration matter of *Pemberton v. Restaurant Brands International, Inc., et al.*, American Arbitration Association Case No. 01-23-0005-1398, and in this action until February 9, 2026.

3. I have reviewed the First Amended Class Action Complaint in this matter, (Dkt. 51, "**FAC**"), including the allegations that "[b]etween July 9, 2024 and the end of 2024, counsel for Plaintiff and counsel for Defendants engaged in discussions regarding a potential resolution of Plaintiff Pemberton's claims," (FAC ¶ 111), and similar allegations.

4.      From the date the arbitrator stayed the arbitration (July 9, 2024), through Plaintiff's filing of the Complaint (April 25, 2025), I did not communicate with any attorney for Plaintiff besides Seth Safier regarding Plaintiff's claims, whose email address was seth@gutridesafier.com for email communications.

5.      I have searched my emails for all communications "to" and "from" seth@gutridesafier.com regarding, relating to, or referencing Plaintiff's claim against RBI.

6.      From July 9, 2024, through April 25, 2025, to my knowledge the only email communications from Mr. Safier to defense counsel (whether myself or another Benesch attorney) or vice versa regarding this matter occurred on December 19 and December 20, 2024, for which true and accurate copies are attached as "**Exhibit A**."[1]

7.      From July 9, 2024, through April 25, 2025, I spoke with Mr. Safier several times regarding other cases between our two firms. I do not recall discussing settlement of the Pemberton matter during any of those calls. At the very least, I am confident that Plaintiff did not make a settlement demand, and RBI did not make a settlement offer, during those few calls.

Pursuant to 28 US.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2026.

Dated:  February 12, 2026                              *s/ David M. Krueger*

---

[1] In September of 2024, Mr. Safier emailed the American Arbitration Association twice regarding the arbitration. However, I and other defense counsel were simply cc'ed as recipients on those communications.

2