UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEMBERTON,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No.  25-cv-03647-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on May 20, 2026, the Court ORDERS the following deadlines:

- Move/Stipulate to Amend Pleadings: July 2, 2026
- Motion for Class Certification: May 20, 2027
- Class Certification Opposition: August 19, 2027
- Motion to Exclude Plaintiffs' Experts: August 19, 2027
- Opposition to Motion to Exclude Plaintiffs' Experts: September 30, 2027
- Motion to Exclude Defendants' Experts: September 30, 2027
- Reply in Support of Motion to Exclude Plaintiffs' Experts:  October 28, 2027
- Opposition to Motion to Exclude Defendants' Experts:   November 11, 2027
- Reply in Support of Class Certification:   November 12, 2027
- Reply in Support of Motion to Exclude Defendants' Experts: December 2, 2027
- Hearing: December 16, 2027 at 10 a.m.

Each side may file only one motion to exclude experts, regardless of how many experts the motion addresses; the motion and opposition may not exceed 20 pages, and the reply shall not exceed 10 pages.

The Court will hold a further case management conference on December 9, 2026 at 2:00 p.m. via Zoom video.  An updated statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: May 20, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California